IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| ASSOCIATED MANAGEMENT SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> CAPSTAN HEALTHCARE, LLC, d/b/a CAPSTAN RX, SYED HAROON ZULFIQAR, d/b/a CAPSTAN RX, and NORTH G RX, LLC, d/b/a CAPSTAN RX, <br><br> Defendants. | No. _____ <br><br> JURY TRIAL DEMANDED |

## NORTH G RX, LLC'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, defendant North G RX, LLC ("North G") hereby gives notice and removes this case to the United States District Court for the Eastern District of Missouri. North G represents the following in accordance with the requirement of 28 U.S.C. § 1446(a) for a "short and plain statement of the grounds for removal":

### BACKGROUND AND PROCEDURAL REQUIREMENTS

North G is one of three defendants in a putative class action claiming violations of the Telephone Consumer Protection Act ("TCPA"), as amended by the Junk Fax Prevention Act of 2005,[1] by way of the Amended Class Action Junk-Fax Petition ("Petition") filed in the Eleventh Judicial Circuit County of St. Charles, Missouri (the "State Court Action"). North G accepted service of the Petition on May 29, 2019. A copy of the Petition is attached hereto as Exhibit A. Prior to being served with the Petition, North G had not been served with any pleadings or papers that would

---

[1] 47 U.S.C. § 227, *et seq.*

give right to a basis for removal to this Court.

This Notice of Removal is timely filed, as it is being filed within thirty days after service of a summons and the Petition upon North G as required by 28 U.S.C. § 1446(b).

As required by 28 U.S.C. § 1446(a), a copy of all records and proceedings from the Circuit Court of St. Charles County, Missouri, is attached hereto.  The Amended Petition is attached hereto as **Exhibit A.**  The Original Filing Form and Civil Cover Sheet are attached hereto as **Exhibit B** and **Exhibit C**, respectively.  The remainder of the state court file is attached hereto as **Exhibit D** and includes the following: Plaintiff's Petition; Summons issued for Syed Haroon Zulfiqar; Plaintiff's Motion for Extension of Time; Court's Order Granted Plaintiff's Motion for Extension of Time; Return of Service on Syed Haroon Zulfiqar; Return of Service on Capstan Healthcare, LLC; Acknowledgement of Receipt of Summons and Petition by Syed Haroon Zulfiqar for Capstan Healthcare LLC d/b/a Capstan RX; Plaintiff's Acknowledgement of Receipt of Summons and Petition by Syed Haroon Zulfiqar individually; Entry of Appearance of Michael B. Hunter on behalf of all Defendants; Defendants' Answer; Certificate of Service of Plaintiff's Requests for Production of Documents and Interrogatories to Defendants; Plaintiff's Motion for Leave to File an Amended Petition; Plaintiff's Notice of Hearing; Defendants' Certificate of Service of Responses to Plaintiff's Written Discovery; Court's Order Granting Plaintiff's Motion for Leave to File An Amended Petition; and the Summons issued for North G RX, LLC.

In accordance with 28 U.S.C. § 1446(d), Defendants have filed written notice of this removal with the Clerk of the Circuit Court of St. Charles County, Missouri, where the State Court Action is pending.  A copy of this Notice of Removal and the written notice of the same also are being served upon Plaintiff.

## REMOVAL GROUNDS

Any civil action is removable if the plaintiff could have originally brought the action in federal court. *See* 28 U.S.C. § 1441(a). Plaintiff could have brought their TCPA putative class action in this federal court. Under 28 U.S.C. § 1331 this Court has original federal question jurisdiction over Plaintiff's TCPA claims. Accordingly, pursuant to 28 U.S.C. § 1441(a), North G has the right to remove the State Court Action to this Court, without regard to the citizenship or residency of the parties or the amount in controversy. *See Mims v. Arrow Fin. Servs., LLC*, 565 U.S. 368, 372 (2012); *see also* 28 U.S.C. § 1331 ("The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."); *see also Charvat v. Echostar Satellite, LLC*, 630 F.3d 459, 463 (6th Cir. 2010) (holding that "the district court had federal-question jurisdiction over the claims under the Telephone Act and pendent jurisdiction over the rest of the claims"); *Brill v. Countrywide Home Loans, Inc.*, 427 F.3d 446, 451-52 (7th Cir. 2005) (same); *Heller v. HRB Tax Group*, Cause No. 4:11CV1121, 2012 WL 163842 (E.D.Mo. Jan. 19, 2012) (denying plaintiff's motion for remand of TCPA action based on the Supreme Court's decision in *Mims*); *Nack v. Walburg*, Case No. 4:10CV00478-AGF, 2011 WL 310249 at *4 n.2 (E.D. Mo. Jan. 28, 2011) (holding that it possessed federal-question jurisdiction over claims under the TCPA).

## ALL DEFENDANTS CONSENT

All defendants are represented by the undersigned counsel, and all defendants consent to the removal of the State Court Action to this Court.

## EFFECTUATION OF REMOVAL

North G thus hereby removes this action to the United States District Court for the Eastern District of Missouri. Venue is proper in this Court pursuant to 28 U.S.C. § 1446(a), as the United States District Court for the Eastern District of Texas, Missouri, is the district in which the State Court Action was pending.

WHEREFORE, North G hereby removes this action to the United States District Court for the Eastern District of Missouri.

Dated: June 26, 2019.

/s/ William Akins
William J. Akins (pro hac vice to be filed)
State Bar No. 24011972
FisherBroyles LLP
100 Congress Avenue
Suite 2000
Austin, Texas 78701
Telephone: 214-924-9504
william.akins@fisherbroyles.com

Attorneys for Defendants

Respectfully submitted,

/s/ Michael B. Hunter
Michael B. Hunter, #45097MO
Andreea T. Sharkey, #70399MO
100 N. Broadway, 21st Floor
St. Louis, Missouri 63102
(314) 345-5000
(314) 345-5055 (fax)
mhunter@bscr-law.com
asharkey@bscr-law.com

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of June 2019, the foregoing was filed electronically using the Court's CM/ECF system, and served electronically to the following counsel of record:

Ronald J. Eisenberg
Schultz & Associates LLP
640 Cepi Drive, Suite A
Chesterfield, MO 63005
*Attorney for Plaintiff*

I further certify that I signed or caused my electronic signature to be placed upon the original of the foregoing document.

/s/ William Akins