## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| ASSOCIATED MANAGEMENT SERVICES, INC., | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | )   No. 4:19-cv-01841-JAR <br> ) |
| CAPSTAN HEALTHCARE, LLC d/b/a CAPSTAN RX, et al., | ) <br> ) <br> ) <br> ) |
| Defendants. | ) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Associated Management Services, Inc., pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and with consent of Defendants Capstan Healthcare, LLC d/b/a Capstan RX, Syed Haroon Zulfiqar, d/b/a Capstan RX, and North G RX, LLC, d/b/a Capstan RX, dismisses this action with prejudice, with all parties to bear their own costs and attorneys' fees.

SCHULTZ & ASSOCIATES LLP

By: /s/Ronald J. Eisenberg
Ronald J. Eisenberg, #48674MO
640 Cepi Drive, Suite A
Chesterfield, MO 63005
636-537-4645
Fax: 636-537-2599
reisenberg@sl-lawyers.com

*Attorney for Plaintiff*

So Ordered
John A. Ross
2/6/2020

1